

Edward Y. Kroub – Partner
225 Broadway, 39th Floor
New York, NY 10007
P: (212) 595-6200
F: (212) 595-9700
ekroub@mizrahikroub.com

May 18, 2023

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Omar Rodriguez v. Bushwood Investment Partners LLC.;* Case No. 1:23-cv 03357

Dear Judge Rearden:

We represent plaintiff Omar Rodriguez ("Plaintiff") in the above-referenced action and submit this letter on behalf of defendant to respectfully request an adjournment of their deadline to answer. Defendant has indicated that he will miss the deadline as their answer was due on May 18, 2023. We respectfully request an adjournment of 45 days to allow time for Defendant to file a responsive pleading. This is Plaintiff's first request for such an extension.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Edward Y. Kroub*
EDWARD Y. KROUB

cc:     All Counsel of Record (via ECF)